No. 87–253. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. KENDRICK ET AL. D. C. D. C. [Probable jurisdiction noted, ante, p. 942];
No. 87–431. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. KENDRICK ET AL. D. C. D. C. [Probable jurisdiction noted, ante, p. 942];

No. 87–775. UNITED FAMILIES OF AMERICA *v.* KENDRICK ET AL. D. C. D. C. [Probable jurisdiction noted, *ante*, p. 1002.] Motion of the Solicitor General for divided argument granted.